

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00276-CR

| | | |
|---|---|---|
| ALEJANDRO GARCIA, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1638251) |
| V. | § | August 14, 2025 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that although there was no error in the trial court's judgment on Count Three, there was nonreversible error in the trial court's judgments on Counts Four and Five.[1] Accordingly, we affirm the trial court's judgment on Count Three, and we modify the trial court's judgments on Counts Four and Five to reflect assessed fines in the amount of $8,000 and affirm those judgments as modified.

---

[1]Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in our memorandum opinion.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker